IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH J. GIVENS, JR. | : | CIVIL ACTION |
| V. | : | |
| KENNETH KYLER, ET AL. | : | NO. 02-CV-2655 |

**O R D E R**

_____AND NOW, this     Day of    JUNE,    2002,    upon consideration of Petitioner's Application/Motion Requesting Enlargement of Time to File Memorandum of Law in Support of 28 U.S.C. Section 2254 Writ of Habeas Corpus,

IT IS HEREBY ORDERED that said Motion is GRANTED and Petitioner has until Friday, August 16, 2002 in which to file the Memorandum of Law in Support of his habeas petition.

BY THE COURT:

_____
PETER B. SCUDERI
U. S. MAGISTRATE JUDGE