IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISAIAH GIVENS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-2655** |
| | : | |
| **KENNETH D. KYLER ET AL.** | : | |

## ORDER

**AND NOW**, this 11th day of August, 2004, upon consideration of the Petitioner's Motion Requesting Amendment/Enlargement of the Original Record - In the Interest of Justice (Docket No. 23), it is **ORDERED** that the motion is **GRANTED** and the petitioner's submission shall be treated as a supplemental objection to the Magistrate Judge's Report and Recommendation.

_____
TIMOTHY J. SAVAGE, J.