IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISAIAH GIVENS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 02-2655 |
| | : | |
| **KENNETH D. KYLER ET AL.** | : | |

## ORDER

**AND NOW**, this 8th day of December, 2014, upon consideration of Petitioner's Motion For Relief From Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(5) (Document No. 33), the respondents' response (Document No. 38), petitioner's reply (Document No. 39) and petitioner's supplemental reply (Doc. No. 40), it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.